**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SIMON P. DEARN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00469-MTS |
| | ) | |
| CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order signed this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 28th day of July 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE